IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00394-BNB

REGINALD D. HODGES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DPD, DSD, DHMC,
COLORADO DEPARTMENT OF CORRECTIONS,
COLORADO STATE DIVISION OF ADULT PAROLE,
FEDERAL BUREAU OF INVESTIGATION,
COLORADO BUREAU OF INVESTIGATION, and
PORTER MEMORIAL HOSPITAL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 1 2010

GREGORY C. LANGHAM
                        CLERK

## ORDER OF DISMISSAL

Reginald D. Hodges currently resides in Denver, Colorado. Mr. Hodges, acting *pro se*, initiated this action by submitting a Prisoner Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to the Court. On February 23, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Hodges to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Hodges to submit his claims on a Court-approved Complaint form used by nonprisoners and to provide a properly notarized § 1915 Motion and Affidavit. Mr. Hodges was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Hodges has failed subsequently to communicate with the Court, and he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED: March 30, 2010.

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00394-BNB

Reginald D. Hodges
3432 S. Locust #C
Denver, CO 80222

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/31/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk